Briccetti, J. KY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-9-18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARYANNE BROGAN on behalf of herself and all others similarly situated, | |
| Plaintiff, | 7:18-cv-00525 |
| v. | DEMAND FOR JURY TRIAL |
| HYUNDAI MOTOR AMERICA; KIA MOTORS AMERICA, INC.; HYUNDAI MOTOR COMPANY; KIA MOTORS CORPORATION | |
| Defendants. | |

## STIPULATION + ORDER

It is hereby STIPULATED by and between Counsel for Plaintiff, Maryanne Brogan and Counsel for Defendants, Hyundai Motor America and Kia Motors America, Inc. that, pursuant to 28 U.S.C. § 1404(a), the above matter shall be transferred to the United States District Court for the Central District of California for coordination with *In Re: Kia Engine Litigation*, 8:17-cv-00838-JLS-JDE and *Wallace Coates, et al v. Hyundai Motor Company, Ltd., et al*, 8:17-cv-02208-JLS-JDE before the Honorable Josephine L. Staton.

LEVIN SEDRAN & BERMAN LLP

Austin B. Cohen, Esquire
Daniel C. Levin, Esquire
Charles E. Schaffer, Esquire
Keith Verrier, Esquire
510 Walnut Street, Ste. 500
Philadelphia, PA 19106
(215) 592-1500

QUINN EMANUEL URQUHART & SULLIVAN, LLP

KEVIN S. REED, ESQUIRE
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Attorney for Defendants, Hyundai Motor America and Kia Motors America, Inc.

Jeffrey L. Koenig, Esq.
HECHT, KLEEGER & DAMASHEK, PC
19 West 44th Street
Suite 1500
New York, New York 10036
(212) 490-5700

So Ordered:
~~BY THE COURT:~~

/s/ _____
U.S.D.J.

Attorneys for Plaintiff, Maryanne Brogan

April 6, 2018

→ Clerk to terminate the pending motion (Doc. #28).